Form 6 (ND/SD Miss. Dec. 2016)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

Robert Harris, Darius Harris, Eric R    Plaintiff

v.

CIVIL ACTION
No. 3:22-cv-479-TSL-MTP

Sam Dobbins and Charles Henderso    Defendant

## APPLICATION FOR ADMISSION PRO HAC VICE

(A)    Name:    Jill Collen Jefferson

Firm Name:    JULIAN

Office Address:    98 Hillcrest Road

City: Taylorsville    State MS    Zip 39168

Telephone: 601-323-6586    Fax:

E-Mail: jillcollen@julianlegal.com

(B)    Client(s):    Robert Harris, Darius Harris, Eric Redmond, Michael Stewart, Peter

Address:    221 Church Street

City: Lexington    State MS    Zip 39095

Telephone: 601-497-6649    Fax:

The following information is optional:

1

FORM 6 (ND/SD MISS. DEC. 2016)

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

(C)    I am admitted to practice in the:

☑    State of Maryland

☐    District of Columbia

and I am currently in good standing with that Court. A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

Court of Appeals
361 Rowe Boulevard
Annapolis, Maryland 21401
(410) 260-1500
www.courts.state.md.us
coaclerkofthecourt@mdcourts.gov

All other courts before which I have been admitted to practice:

2

FORM 6 (ND/SD MISS. DEC. 2016)

Jurisdiction                                                Period of Admission

Circuit Court of Hinds County, First Judicial District           December 28, 2020

| | | Yes | No |
|---|---|---|---|
| (D) | Have you been denied admission pro hac vice in this state? | ○ | ◉ |
| | Have you had admission pro hac vice revoked in this state? | ○ | ◉ |
| | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | ○ | ◉ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

| | | Yes | No |
|---|---|---|---|
| (E) | Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? | ○ | ◉ |

3

FORM 6 (ND/SD MISS. DEC. 2016)

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

|  | | Yes | No |
|---|---|---|---|
| (F) | Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | ◯ | ◉ |

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G)    Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|
| Circuit Court of Hinds County, First Judicial District | December 28, 2020 | Admitted |

4

(H)     Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

Name and Address of Court                    Style of Case

---

                                                                          Yes        No

(I)     Have you read and become familiar with all the LOCAL
        UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT
        COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF          ◉          ○
        MISSISSIPPI?

        Have you read and become familiar with the MISSISSIPPI RULES
        OF PROFESSIONAL CONDUCT?                                            ◉          ○

(J)     Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number    Thomas Bellinder , Bar No. 103115

Firm Name:    Thomas J. Bellinder, PA

Office Address:   200 East Goverment Street

                City: Brandon              State: MS      Zip: 39042

                Telephone: (601) 487-9340    Fax:  601-265-1795

Email address: thomas@bellinderlawfirm.com

5

FORM 6 (ND/SD MISS. DEC. 2016)

(K)    The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.



Thomas J. Bellinder (Aug 12, 2022 17:05 CDT)

                                  Resident Attorney

I certify that the information provided in this Application is true and correct.

8-12-22

Date                                       Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

## CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the ____12th____ day of ____August____, 20_22_.

Thomas J. Bellinder (Aug 12, 2022 17:05 CDT)

                    Resident Attorney

6

# Pro Hac Vice Application

Final Audit Report                                                                 2022-08-12

| | |
|---|---|
| Created: | 2022-08-12 |
| By: | Jill Collen Jefferson (jillcollen@julianlegal.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAqt_c0k01g8p7UuWZWKx4n91r6niEEjKa |

## "Pro Hac Vice Application" History

📄 Document created by Jill Collen Jefferson (jillcollen@julianlegal.com)
2022-08-12 - 9:00:14 PM GMT- IP address: 73.2.222.212

✍ Document e-signed by Jill Collen Jefferson (jillcollen@julianlegal.com)
Signature Date: 2022-08-12 - 10:02:44 PM GMT - Time Source: server- IP address: 76.17.121.156

📧 Document emailed to thomas@bellinderlawfirm.com for signature
2022-08-12 - 10:02:46 PM GMT

📄 Email viewed by thomas@bellinderlawfirm.com
2022-08-12 - 10:04:16 PM GMT- IP address: 104.28.39.148

✍ Signer thomas@bellinderlawfirm.com entered name at signing as Thomas J. Bellinder
2022-08-12 - 10:05:20 PM GMT- IP address: 75.64.253.190

✍ Document e-signed by Thomas J. Bellinder (thomas@bellinderlawfirm.com)
Signature Date: 2022-08-12 - 10:05:21 PM GMT - Time Source: server- IP address: 75.64.253.190

✔ Agreement completed.
2022-08-12 - 10:05:21 PM GMT

🅰 **Adobe Acrobat Sign**

# Court of Appeals
# of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

*STATE OF MARYLAND, ss:*

*I, Suzanne Johnson, Clerk of the Court of Appeals of Maryland, do hereby certify that on the seventeenth day of December, 2019,*

## Jill Collen Jefferson

*having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.*

**In Testimony Whereof,** *I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this twelfth day of August, 2022.*

_____
*Clerk of the Court of Appeals of Maryland*