AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the
Southern District of Mississippi
Northern Division

| | | |
|---|---|---|
| ROBERT HARRIS, ET AL. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  3:22-cv-00479-TSL-MTP |
| | ) | |
| SAM DOBBINS, ET AL. | ) | |
| *Defendant* | ) | |

## NOTICE OF APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants, Charles Henderson, in his individual and official capacities as Interim Chief of Police of Lexington, Mississippi and City of Lexington

Date:    08/31/2022                               */s/ G. Todd Butler*

*Attorney's Signature*

G. TODD BUTLER, MB #102907

*Printed name and bar number*

4270 I-55 North
Jackson, Mississippi 39211-6391

*Address*

todd.butler@phelps.com

*E-mail address*

(601) 352-2300

*Telephone number*

(601) 360-9777

*FAX number*

PD.39725752.1

## <u>CERTIFICATE OF SERVICE</u>

I, certify that, on August 31, 2022, I electronically filed the above and foregoing *NOTICE OF ENTRY OF APPEARANCE OF COUNSEL* with the Clerk of the Court using the CM/ECF system which sent notification of such filing all counsel of record.

*/s/ G. Todd Butler*
G. TODD BUTLER

PD.39725752.1