4:26



# Jill Collen Jefferson
362 posts

**Follow**

**Posts**  Replies  Media  Likes

---



**Jill Collen Jefferson** @JillCollen · 1/29/24

In June, Lexington Police arrested & jailed me for suing them & fighting against their misconduct. My trial is Wednesday. If the judge follows the law, I'll be acquitted. But this is Mississippi & I'm Black. Either way, I'm gonna stay in LPD's ass. Can't stop this train.

💬 2     🔁 13     ♥ 50     📊 3.9K

Ex. A