UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

PETER REEVES                                              PLAINTIFF

VS.                          CIVIL ACTION NO.: 3:23-CV-333-TSL-MTP

SAM DOBBINS, ET AL.                                       DEFENDANTS

<u>JUDGMENT</u>

In accordance with the court's memorandum opinion and order entered this date, it is ordered and adjudged that the complaint in this cause is dismissed without prejudice.

SO ORDERED AND ADJUDGED this 24th day of September, 2024.


/s/ Tom S. Lee_____
UNITED STATES DISTRICT JUDGE