**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

| | | |
|---|---|---|
| Peter Reeves, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:23-cv-333-TSL-MTP |
| | ) | |
| v. | ) | |
| | ) | |
| Sam Dobbins, et al., | ) | |
| | ) | |
| Defendants. | ) | |

COMES NOW Jonathan M. Moses, of the law firm Wachtell, Lipton, Rosen & Katz, counsel for Plaintiff Peter Reeves, who hereby moves this Honorable Court to allow him to withdraw from representing the Plaintiff, as follows:

1. This matter is currently on appeal before the United States Court of Appeals for the Fifth Circuit.

2. In the event that this matter is remanded to this Court for further proceedings, Thomas J. Bellinder and Aaron Xiwei Wi of the Bellinder Law Firm, Lauren Bonds, Keisha James, and Eliana Machefsky of the National Police Accountability Project, and Jill Collen Jefferson of JULIAN have served and will continue to serve as counsel of record for the Plaintiff.

3. Jonathan M. Moses's withdrawal as counsel of record in this matter will not delay this action or prejudice the parties in any manner.

WHEREFORE PREMISES CONSIDERED, Jonathan M. Moses respectfully requests that the Court enter an order allowing him to withdraw from the representation of the Plaintiff in this matter.

Dated: July 30, 2025                Respectfully submitted,

                                            BELLINDER LAW FIRM

/s/ Thomas Bellinder
Thomas J. Bellinder
Mississippi Bar ID 103115
Aaron Xiwei Wi
Mississippi Bar ID 105231
200 E. Government Street
Brandon, MS 39042

Lauren Bonds*
Keisha James*
Eliana Machefsky*
NATIONAL POLICE
ACCOUNTABILITY PROJECT
1403 Southwest Boulevard
Kansas City, Kansas 66103

Jill Collen Jefferson*
JULIAN
1015 15th St NW
Suite 1000
Washington, DC 20005

/s/ Jonathan M. Moses
Jonathan M. Moses*
Adabelle U. Ekechukwu*
WACHTELL LIPTON ROSEN & KATZ
51 West 52nd Street
New York, NY 10019

*Admitted pro hac vice*

-3-

## CERTIFICATE OF SERVICE

    I, Jonathan M. Moses, do hereby certify on this day, I filed the foregoing document using the Court's CM/ECF system, which sent notification to all counsel of record in this matter.

THIS, the 30th day of July 2025.

/s/ Jonathan M. Moses  
Jonathan M. Moses
