# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**PETER REEVES**                                                                          **PLAINTIFF**

**v.**                                   **CIVIL ACTION NO. 3:23-cv-333-TSL-MTP**

**SAM DOBBINS, ET AL.**                                                 **DEFENDANTS**

## ORDER

THIS MATTER is before the Court on the Motion to Withdraw [315] filed by Plaintiff's Counsel Adabelle Ekechukwu and the Motion to Withdraw [316] filed by Plaintiff's Counsel Jonathan Moses. In these Motions [315] [316], Ekechukwu and Moses seek to withdraw as counsel for Plaintiff. As other counsel will continue to represent Plaintiff, the Court finds that the Motions should be granted.

IT IS, THEREFORE, ORDERED that the Motions to Withdraw [315] [316] are GRANTED.

SO ORDERED this the 31st day of July, 2025.

                                                              s/Michael T. Parker
                                                           UNITED STATES MAGISTRATE JUDGE